UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE No. 5:24-CV-00255-M-RJ

| | |
|---|---|
| MCS BURBANK, LLC, a Nevada Limited Liability Company,<br><br>        Plaintiff and Petitioner,<br><br>  v.<br><br>RALEIGH-DURHAM AIRPORT AUTHORITY, a municipal authority enabled by the General Assembly of North Carolina and established by the Cities of Raleigh and Durham and the Counties of Wake County and Durham, THIANE D. CARTER, MICHAEL LANDGUTH, and MERA USA, LLC, a Delaware Limited Liability Company<br><br>        Defendants and Respondents | NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE |

      Plaintiff-Petitioner MCS Burbank, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses this action WITHOUT PREJUDICE.

4869-4658-9639.v1

This is the 10th day of June, 2024.

                                        BROOKS, PIERCE, MCLENDON,
                                        HUMPHREY & LEONARD, LLP

                                        By: /s/ Gary S. Parsons
                                             Gary S. Parsons
                                        N.C. State Bar No. 7955
                                             Amanda S. Hawkins
                                        N.C. State Bar No. 50763
                                        Post Office Box 1800
                                        Raleigh, North Carolina 27602
                                        Telephone: (919) 573-6241
                                        Facsimile: (336) 232-9040
                                        Email: gparsons@brookspierce.com
                                        Email: ahawkins@brookspierce.com

                                        Eduardo G. Roy*
                                        PROMETHEUS PARTNERS L.L.P.
                                        555 Montgomery Street, suite 708
                                        San Francisco, California 94111
                                        Telephone: 415.527.0255
                                        eduardo.roy@prometheus-law.com
                                        *Local Rule 83.1 Notice of Special Appearance*
                                        *Attorneys for Plaintiff-Petitioner*

2

Case 5:24-cv-00255-M-RJ   Document 23   Filed 06/10/24   Page 2 of 2